# Discharge Summary (07/14/2014 00:00)

*(Status: Final)*





Intermountain Medical Center

**Discharge Summary**

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:



Authored By: CARMAN, REBECCA
Authored For: STEVENS, MARK H.




Intermountain Medical Center
Discharge Summary
EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:

Authored By: CARMAN, REBECCA
Authored For: STEVENS, MARK H.

Printed on 08/02/2016 at 10:40

Page 2 of 2

Footer: Version 0.01 05/21/08
TP00009



Intermountain Medical Center



**Consultation Report**

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:



Authored By: LARCOM, PETER G.
Authored For: LARCOM, PETER G.





Intermountain Medical Center

## Consultation Report

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:



Authored By: LARCOM, PETER G.
Authored For: LARCOM, PETER G.




Intermountain Medical Center

**Trauma Tertiary Exam**
EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:

Authored By: PUGH, MARY RUTH
Authored For: PUGH, MARY RUTH

Printed on 08/02/2016 at 10:42

Page 1 of 2

Footer: Version 0.01 05/21/08
TP00021



Authored By: MARY R. PUGH, NP
Authored For: MARY R. PUGH, NP
Electronically Signed By: MARY R. PUGH, NP (07/10/14 (12:06))



**Intermountain Medical Center**

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:



Authored By: PUGH, MARY RUTH
Authored For: PUGH, MARY RUTH



Authored By: BRENT D. STEPHENSON, MD
Authored For: BRENT D. STEPHENSON, MD
Electronically Signed: BRENT D. STEPHENSON, MD (07/10/2014 02:51)
Ordered By: TRAUMA SERVICES IMC



**Intermountain Medical Center**

ROOM:

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

Authored By: STEPHENSON, BRENT D.
Authored For: STEPHENSON, BRENT D.



Intermountain Medical Center

ROOM:



EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

Authored By: TURNER, DANIEL G.
Authored For: TURNER, DANIEL G.





**Intermountain Medical Center**

EMPI: 570674699
MRN: 16-76-57
ENC: 216526855

ROOM:

Authored By: TURNER, DANIEL G.
Authored For: TURNER, DANIEL G.

Printed on 08/02/2016 at 10:43



Footer: Version 0.01 05/21/08
TP00031




ADMISSION RECORD

INTERMOUNTAIN MEDICAL CENTER

154  216526855  07102014

I HAVE REVIEWED THIS PRINTED INFORMATION AND IT IS CORRECT TO THE BEST OF MY KNOWLEDGE.

INITIAL _____

TP00044

DO NOT REMOVE

TP00157





TP00159