INTERVIEW OF
OFFICER IAN ADAMS

By

SGT. BIGELOW
SGT. COURTNEY NELSON

July 17, 2014


Re:  Timothy J. Peterson v. Ian Adams, et al.
     Case No. 2:16-cv-00775-BSJ

him?" He said, "He's dressed normal, very polite guy," is what Hercules said. Okay?

So I kind of made a tentative plan--you know, I'm--I don't have any official leadership position within the shift, but I--it's a very young shift and I just kind of told the guys--because Hercules said it was early in the morning, you know, like 1:00, 2:00 in the morning. I said, "Okay. Well, let's saturate it tonight, if it's slow. We'll get everybody up there and we'll just watch everything that moves up there and see if we can pick him up."

Skipping forward a little bit into the shift, again, I'm shadowing Vargas, but I was told by Sgt. Edmonds, you know, "Do your own thing." You know, "Shadow Vargas, go out to his calls." She's the FTO sergeant and my shift sergeant, but, "Do your own--do your own proactive stuff, don't take calls, go to Vargas when he's on something." "Okay."

Maybe an hour before this incident there was an aggravated suicide/disturbance out west in Oquirrhs. I went--I was first on scene on that and, basically, we had an eight--the call was from a 13-year-old saying his brother's got a gun, he's going to kill himself, and then we had no further communication.

1    I was first on scene, the second unit on
2 scene actually wrapped up the suspect three houses
3 south.  And I was--I took over sort of trying to find
4 this 13-year-old.  So I went to the house with a
5 couple other units.  We ended up forcing entry--well,
6 it's not a locked door, but we ended up making entry
7 on a house because he wasn't responding, couldn't get
8 ahold of him.  Got inside.
9    There were three locked interior doors and I
10 was literally seconds from ordering--you know, telling
11 guys, "Let's start kicking doors," expecting to find a
12 dead 13-year-old, when I got back on the radio with
13 the guy who had taken the 82 I said, "Just ask him
14 where he is," ask where this Skylar is.  And he--he
15 asked and Skylar was with him.  So he had actually met
16 with him.
17    So to kind of shake off that, you know--not
18 that it shook me up that bad, but it--it just--you
19 know, don't like to find dead kids.  So I went to the
20 airport 7-Eleven--airport in New Bingham, met up with
21 a couple other guys there, chatted about nothing in
22 particular, grabbed a new pack of smokes, I think, and
23 a coffee.
24    I got dispatched on a--or I self-dispatched
25 on a suspicious vehicle that kept coming in--a vehicle

```
 1  that was spotlighting people from the roof of their
 2  vehicle up by Copper Hills High School.  So I heard
 3  Vargas actually, you know, following my lead and
 4  coming out on that with me.  So we checked the area
 5  and I doored up with him up at Copper Hills, checked
 6  in on him.
 7          I told him, "Hey, it's slow, why don't you go
 8  dig something up so I can, you know, kind of measure
 9  some--the proactivity?  I appreciate you coming out on
10  my call, but I didn't really--you know, that's--I
11  don't need two units on searching for a car with a
12  spotlight.  I'll be able to find it.  I want you to go
13  find your own stuff."
14          So I still had that new pack of smokes, so I
15  decided to go smoke one and get on with the rest of
16  the night.  My--a very typical area for me, because
17  it's the physical and economic center of the city, is
18  Jordan Landing.  And I smoke a lot behind Office Max,
19  because I dig up stuff there.  Pep--it's dark, the--
20  the bad guys know cameras don't work up there and that
21  the alleys that run behind all the stores, very common
22  to find drug and warrant type of behavior.
23          So I pulled up directly behind it.  There's
24  some dumps--there's two dumpsters there.  Had my
25  smoke, got back in my car, decided to go find Vargas.
```

```
 1  He had ten minutes, he should--should have had seven
 2  felonies by then.  So--because I drove off up that
 3  north alley, heading west, as I made the cor--made the
 4  turn in front of Office Max to go south and then out.
 5          As I passed, I looked to my left and on the
 6  west side of that Office Max, by the doors, I saw two
 7  males.  It was 12:30 in the morning, all the
 8  businesses are closed.  One male was heavier set and
 9  one male looked like Tim Peterson.  He had the build
10  of Tim Peterson and--and the face.  But it was kind of
11  dark.
12          I thought I recognized him, so I flipped
13  around on them.  And they're watching me.  As I pulled
14  up I made an officer safety mistake, I--I rolled down
15  my win--my passenger-side window.  I'm on the
16  driver's, you know, they're over here.  And the
17  heavier set dude is nearer me and the other guy's kind
18  of behind him.
19          So I'm trying to get a look at him and I just
20  asked both of them directly, "Are you Tim Peterson?"
21  And the skinnier one, who I believed was Tim Peterson,
22  said, "No."  The other guy remained silent.  I said,
23  "What's your name?"  And he said Mike something.  I--
24  I--he said a last name.  I don't recall what it was.
25  But it--for me, in my experience, people give me false
```

```
 1  info choose Mike.  It's a very common one to just rat
 2  out--or rattle out.
 3            So as I'm doing that, as I'm kind of getting
 4  ready to call this out, his arm starts pumping.  You
 5  know, he's--I'm on his left side, he's got his side to
 6  me.  I'm getting a good look at him.  I've--I've
 7  visually confirmed this is definitely Tim Peterson,
 8  but he's--I just see his elbow moving behind him, like
 9  this, you know.  So I'm seeing the elbow pump, which
10  is a sign that he's digging for something.
11            So I'm--I--this is where the video basically
12  begins.  I said, "I need to see your ID.  Let me see
13  your hand," and I got out of my car.  As--you know, I
14  was trying to get on--I knew I needed to get on the
15  radio.  I'm out with two suspects, one of whom's
16  threatened to kill cops.  And--but his behavior--and
17  he was starting to walk away and he's not showing me
18  his hand.
19            I said--I said, "Stop.  Police, stop," and he
20  began running.  I got out the traffic 192 foot
21  pursuit.  Probably not that calm, but that was the
22  words.  As I try to get out my location, you know,
23  "192 foot pursuit," and I'm trying to catch up, he's
24  ma--he's faster than me, he throws something to his
25  left.  Well, he drops the grocery bag out of his left
```

hand.  He drops that and then he throw--suddenly throws something that looked like a weapon, to his left.  And that interrupted my ability to get out the location.

He then--the foot pursuit's still going on and this is all happening very, very fast.  He then turns to me, looks--makes eye contact with me and begins to draw a handgun from his side or back area, right here.  I screamed, "Gun, gun," very, very loudly.  We're going east towards the footbridge.

As he drew it I saw it flash--and this was very confusing for me, but it flashed--like, the whole--it--it was a silver object, then it was a red object, then it was a silver object, then it was a red object, then a silver object.  It was just red, silver, red, silver.

I knew at that point, as he drew the handgun and locked on me with his eyes, that he was about to kill me or try to kill me.  I began shooting with my gun to stop him from killing me or trying to kill me with that handgun.  I saw him fall shortly after and I stopped shooting.  I believed he was dead at that point, and I turned and went to go find the other suspect, so...  Everything else is on the video.

SGT. NELSON:  Was it his--want me to direct--

| | |
|---|---|
| 1 | OFFICER ADAMS: You can direct it to me. I'm |
| 2 | just-- |
| 3 | SGT. NELSON: Okay. Was it his left or right |
| 4 | hand that he was using to pull the object? |
| 5 | OFFICER ADAMS: Right. |
| 6 | SGT. NELSON: Right hand? |
| 7 | OFFICER ADAMS: It looked like--just like |
| 8 | where I have my gun, it looked like--he's running, he |
| 9 | slows, turns and draws as he makes eye contact with |
| 10 | me. He got to about here when it started flashing, |
| 11 | like it--it turned red, silver, red, silver. |
| 12 | SGT. NELSON: Okay. Did he make any |
| 13 | statements to you at all, other than saying--when you |
| 14 | asked what his name was and he said "Mike"? |
| 15 | OFFICER ADAMS: I think right after that I-- |
| 16 | is it all right? |
| 17 | MR. JONES: Uh-huh. |
| 18 | OFFICER ADAMS: I think I--I asked him if he |
| 19 | had any ID. He said, "No." |
| 20 | SGT. NELSON: Okay. |
| 21 | SGT. BIGELOW: What about as he was laying on |
| 22 | the ground? Anything exchanged between you two? |
| 23 | OFFICER ADAMS: I mean, yeah. There were--he |
| 24 | was saying something. I--oh, I--yes. So I asked him |
| 25 | directly, "Who are you?" to confirm that it was Tim |

```
 1  Peterson.  He said, "I'm Tim Peterson.  I'm sorry,
 2  sir.  I'm Tim Peterson.  I'm sorry, sir."  And then he
 3  said, "It's not a gun" or "I don't have a gun" or
 4  something like that.  I--it was--it's not clear
 5  exactly what he was saying to me in my head, but it
 6  was something about gun.
 7          SGT. NELSON:  Did you--in the course of--
 8  after the shooting and--and that, did you see any
 9  other weapons in the area or any other objects?
10          OFFICER ADAMS:  Yes.  As I tried to control
11  the scene--so--so you see Gray in the video come into
12  the scene.  For some reason in my head, for where it
13  was at at the time, I thought it was a third suspect.
14          And my other officers had their backs turned
15  to him and I was scared to death at that point.  I'm,
16  like, Jesus Christ, they're going to get hurt.  So
17  that's why I start challenging Gray.  I recognize
18  Gray, he's my other canine buddy, we work together and
19  we--and using my handcuffs, Gray took him into
20  custody.
21          As I walked--I kind of stood by Gray as he
22  went 82.  As I walked back to my car, I saw there was
23  a large knife laying on the sidewalk about where I saw
24  him throw an object.  I saw that--you know, you hear
25  me say, "That's what he drew."  It's not clear on
```

```
 1  video what I'm referring to, but I'm referring to a
 2  piece of handgun-shaped metal that he had bent--you
 3  know, if you took a long piece of framing steel or
 4  something like that with holes in it--like, there's
 5  holes, I seem to remember--and bent it into an L-
 6  shape, with a shorter grip for the--for the--where the
 7  butt of the gun would be, so that if you held it it
 8  looked like a handgun.
 9          I saw him pull that from the guy, and that it
10  had some sort of, like, attachment to--on it, like a--
11  like a--what I would refer to as a tach light or
12  something like that attached to the gun--or to the
13  replica gun.
14          I saw the--there was a grocery bag back where
15  he had dropped it.  There was another suspect there.
16  I never did get his name, never had any contact with
17  him beyond, "Get on the ground."  He never said a
18  single word to me during the entire thing and I didn't
19  really address him other than, "Get on the ground."
20          I was concerned about the second suspect.
21  That's why you hear me say, you know, "Next unit in
22  park behind my patrol car," because I recognized he
23  was laying in the path.  I'd proned him out in the
24  path where, you know, it would be likely that another
25  responding unit, in a hot situation, would just go
```

```
 1  right over him and run him over, so I wanted them
 2  behind my patrol car.
 3          I saw other things.  They may have just been
 4  casings.  I--I don't know what I was seeing, but I was
 5  pissed off that people were walking through the scene,
 6  so I yell at somebody at some point, you know, "Can
 7  you use the fucking sidewalk," or something like that.
 8  "Don't walk through here."
 9          I saw that Vargas had parked facing eastbound
10  on Jordan Landing Boulevard.  He hadn't--hadn't turned
11  on his rear lights and I was pissed.  Because he's in
12  the traffic lane, you know, just in a--and he's
13  blacked out his car.
14          MR. JONES:  Does that answer your question on
15  the weapons?
16          SGT. NELSON:  Uh-huh.
17          MR. JONES:  Okay.
18          SGT. NELSON:  Did you see the search of the--
19  Tim Peterson?
20          OFFICER ADAMS:  I was present during it.
21          SGT. NELSON:  Okay.
22          OFFICER ADAMS:  I did not witness the entire
23  search.  I--I was sort of--and that's why the video
24  doesn't capture it, because I'm standing over--sort of
25  as overwatch, but not engaged in the immediate, you
```